IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHNNY ASBERRY, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-43 (LAG) |
| | * |
| GOVERNOR BRIAN KEMP, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of June, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk